IPP International U.G. Declaration Exhibit A
File Hashes for IP Address 73.255.44.244

**ISP:** Comcast Cable
**Physical Location:** Houston, TX

| Hit Date UTC | File Hash | Title |
| --- | --- | --- |
| 01/07/2019 13:54:03 | 61353633599548A24826E8CDEA513AF8C3D993EE | Stunning Blondes 21st Birthday Sex Celebration |
| 10/12/2018 04:27:40 | 763E6231EB87318FAA7AB377B6893B4E5767BEFB | X Marks The Spot |
| 10/12/2018 04:13:00 | 444B9448B6DD963CB00AF5B0A4EF38D9C7113779 | Deeper and Deeper |
| 08/06/2018 18:01:03 | 6E44CBAF75F83C7E75FCCEB7F9C30AADC5A433B0 | Young 18 Year Old Couple in Hot Summer Sex |
| 08/06/2018 15:36:52 | B040CC0E78B194044614226805069A0F158607F1 | Dripping Wet Sauna Sex |

**Total Statutory Claims Against Defendant: 5**

EXHIBIT A

STX250